UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

IN RE:      **Claire Lee Godlewski,**

                                                                               Case No.: 07-12259
                                                                               Chapter 13
                            Debtor.

## NOTICE OF CONVERSION TO CASE UNDER CHAPTER 7

Claire Lee Godlewski, Debtor, hereby give notice pursuant to 11 U.S.C. §1307(a) that she hereby converts her Chapter 13 Case to a Case under Chapter 7 of the Bankruptcy Code.

Date: 7/22/13                                    Signature _____
                                                                                                     Claire Lee Godlewski, Debtor